IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARTHUR M. KENNEDY IV,

        Plaintiff,                      ORDER

  v.

                                          22-cv-005-wmc

RN DENISE VALERIUS,
NP KRISTINE LYONS, and
HSU STAFF RACHEL PAFFORD,

        Defendants.

ARTHUR M. KENNEDY IV,

        Plaintiff,

  v.

                                          22-cv-006-wmc

KAITLYN LEMERAND,
RN BONNIE ALT,
NURSE RACHEL PAFFORD and
HEALTH SERVICE UNIT SUPERVISOR
MELISSA BLOCK,

        Defendants.

    The parties are in the process of briefing their summary judgment motions in these two cases, and plaintiff has filed five motions that the court resolves as follows:

- Plaintiff's motion for leave to file supporting brief before the summary judgment deadline (dkt. #77) is GRANTED.

- Plaintiff's motion to add proposed findings of fact based on records he recently received (dkt. #87) is GRANTED.  Plaintiff must file those proposed findings of fact by May 5, 2023, and defendants' deadline to respond to plaintiff's motion for

summary judgment (dkt. ##75, 76) is extended to May 26, 2023, with any reply due June 5, 2023.

- Plaintiff also asks that the court assist him in obtaining discovery responses from defendants Alt and Valerius.  (Dkt. #88.)  Although plaintiff says that these defendants failed to timely respond to a discovery request, plaintiff has not shown that he attempted to work out this issue directly with defense counsel and has been unsuccessful, which is a prerequisite to him filing a motion to compel.  Therefore, this motion is DENIED.  The denial is without prejudice to plaintiff refiling it with the required information.

- Plaintiff's motion asking the court to set this case for mediation (dkt. #89) is DENIED.  Although this court encourages the parties to resolve this lawsuit informally through settlement negotiations or mediation, the motion is DENIED because this court does not order parties to do so.  If the parties are interested in scheduling a mediation with Chief Deputy Andrew Wiseman, they may reach out to him directly at (608) 264-5156.

- Plaintiff's motion opposing defendants Valerius and Alt's request for an extension (dkt. #90) is DENIED as moot because the court already granted that motion.

Entered this 2nd day of March, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge