IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARTHUR M. KENNEDY IV,

        Plaintiff,                                      ORDER

  v.

                                                    22-cv-005-wmc

RN DENISE VALERIUS,
NP KRISTINE LYONS, and
HSU STAFF RACHEL PAFFORD,

        Defendants.

ARTHUR M. KENNEDY IV,

        Plaintiff,

  v.

                                                    22-cv-006-wmc

KAITLYN LEMERAND,
RN BONNIE ALT,
NURSE RACHEL PAFFORD and
HEALTH SERVICE UNIT SUPERVISOR
MELISSA BLOCK,

        Defendants.

Plaintiff Arthur Kennedy has filed a motion in two pending cases asking that the court appoint counsel for him to assist him in obtaining an expert witness to prove his claims against defendant Lyon.  ('05 case, dkt. #94; '06 case, dkt. #91.)  Kennedy's motion is understandable:  Lyon argues in her summary judgment briefing that she is entitled to summary judgment because Kennedy has not identified an expert witness, so his Eighth Amendment claim against her fails.  However, as Kennedy points out, he believes that it is not apparent that Kennedy needs an expert to adequately respond to her motion for summary judgment.  Because Kennedy is otherwise well-equipped to litigate this case and

respond to defendants' motions, this motion is DENIED without prejudice to Kennedy renewing it if this case proceeds to trial, or the court sua sponte recruits counsel for Kennedy, for purposes of summary judgment or trial.

Kennedy has also filed a motion for assistance with seeking damages. ('05 case, dkt. #95; '06 case, dkt. #92.) It is unclear what relief Kennedy is seeking in these motions, but it appears he is attempting to communicate to defense counsel his ability to prove his damages for settlement purposes. These motions are DENIED because the court does not participate in settlement discussions or negotiations. Kennedy should communicate directly with defense counsel on all issues related to settlement or potential mediation; he should not file any settlement-related materials with the court.

Entered this 8th day of March, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

2